## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JAMES RIVERS,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 2:20-00605-KD-B** |
| **KILOLO KIJAKAZI, Acting Commissioner of** ) | |
| **Social Security,** ) | |
|     **Defendant.** ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 23, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant's unopposed motion for remand under sentence four (Doc. 16) is **GRANTED** and this action is **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The remand pursuant to sentence four of Section 405(g) makes Plaintiff James Rivers a prevailing party for purposes of the *Equal Access to Justice Act*, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates the Court's jurisdiction over this matter.

**DONE** and **ORDERED** this the **7th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**