# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES RIVERS,            )<br>        Plaintiff,      )<br>                           )<br>v.                         )<br>                           )<br>KILOLO KIJAKAZI, Acting Commissioner of  )<br>Social Security,           )<br>        Defendant.     )  | CIVIL ACTION 2:20-00605-KD-B |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that the Defendant's unopposed motion for remand under sentence four (Doc. 16) is **GRANTED,** and that this action is **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**DONE** and **ORDERED** this the **7th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**