### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JAMES RIVERS,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 2:20-00605-KD-B** |
| **KILOLO KIJAKAZI**, ) | |
| *Acting Commissioner of Social Security,* ) | |
|     **Defendant.** ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objection filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 22, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's unopposed Application for Attorney Fees under the Equal Access to Justice Act (EAJA) is **GRANTED** such that Plaintiff is awarded a reasonable attorney fee award in the amount of **$2,035.76** under the EAJA for legal services rendered by his attorney in this Court.

**DONE** and **ORDERED** this the **23rd** day of **November 2021.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**