IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES RIVERS,            ) | |
|     Plaintiff,      ) | |
|                          ) | |
| v.                       ) | |
|                          ) | CIVIL ACTION 2:20-00605-KD-B |
| KILOLO KIJAKAZI,         ) | |
| *Acting Commissioner of Social Security,* ) | |
|     Defendant.     ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's unopposed Application for Attorney Fees under the Equal Access to Justice Act (EAJA) is **GRANTED** such that Plaintiff is awarded a reasonable attorney fee award in the amount of **$2,035.76** under the EAJA for legal services rendered by his attorney in this Court.

**DONE** and **ORDERED** this the **23rd** day of **November 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**